Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 13−36007−RG
                          Chapter: 13
                          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen Covel Duhaney Pearce
   aka Kathleen C. Pearce
   27 Baldwin Avenue
   Newark, NJ 07108

Social Security No.:
   xxx−xx−8209

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/19/17 at 10:30 AM

to consider and act upon the following:

*76* – Certification in Opposition to (related document:74 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/15/2017. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Mark Goldman on behalf of Kathleen Covel Duhaney Pearce. (Goldman, Mark)

Dated: 6/14/17

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court