Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

        Case No.: 13−36007−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kathleen Covel Duhaney Pearce
    aka Kathleen C. Pearce
    27 Baldwin Avenue
    Newark, NJ 07108

Social Security No.:
    xxx−xx−8209

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/19/17 at 10:30 AM

to consider and act upon the following:

**76** − Certification in Opposition to (related document:74 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/15/2017. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Mark Goldman on behalf of Kathleen Covel Duhaney Pearce. (Goldman, Mark)

Dated: 6/14/17

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 13-36007-RG
Kathleen Covel Duhaney Pearce                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 14, 2017
                              Form ID: ntchrgbk        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.
db              +Kathleen Covel Duhaney Pearce,    27 Baldwin Avenue,    Newark, NJ 07108-1506
aty             +Dean R. Prober,    Prober & Raphael, A Law Corporation,    20750 Ventura Boulevard, Suite 100,
                  Woodland Hills, CA 91364-6207
cr              +Wells Fargo Bank,    Robertson, Anschutz & Schneid, P.L,.,    6409 Congress Ave, Suite 100,
                  Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2017 at the address(es) listed below:
              Clifford B. Frish    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              David G. Beslow    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor   Wells Fargo Bank bkyecf@rasflaw.com,
               gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
                                                                                             TOTAL: 6