UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on August 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

KATHLEEN COVEL DUHANEY PEARCE

Case No.:  13-36007 RG

Hearing Date:  8/2/2017

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 8, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  KATHLEEN COVEL DUHANEY PEARCE

Case No.:  13-36007

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 08/02/2017 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $3,200.00 to the Trustee's office by 8/9/2017 or the case will be dismissed or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) are to pay $3,121.00 to the Trustee's office by 8/31/2017 or the case will be dismissed or the case will be dismissed; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.