Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−36007−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kathleen Covel Duhaney Pearce
  aka Kathleen C. Pearce
  27 Baldwin Avenue
  Newark, NJ 07108

Social Security No.:
  xxx−xx−8209

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/20/18 at 09:00 AM

to consider and act upon the following:

*84* − Certification in Opposition to (related document:82 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/14/2018. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Mark Goldman on behalf of Kathleen Covel Duhaney Pearce. (Goldman, Mark)

Dated: 5/11/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court