Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 13−36007−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen Covel Duhaney Pearce
   aka Kathleen C. Pearce
   27 Baldwin Avenue
   Newark, NJ 07108

Social Security No.:
   xxx−xx−8209

Employer's Tax I.D. No.:

---

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION**
**AND NOTICE OF HEARING THEREON**

    Notice is hereby given that a Plan was confirmed in this matter on March 3, 2014.

    On 7/18/18 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                September 5, 2018
Time:               09:00 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 26, 2018
JAN: smz

                                                                           Jeanne Naughton
                                                                               Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 13-36007-RG
Kathleen Covel Duhaney Pearce                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin               Page 1 of 2            Date Rcvd: Jul 26, 2018
                              Form ID: 185              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
db             +Kathleen Covel Duhaney Pearce,    27 Baldwin Avenue,    Newark, NJ 07108-1506
aty            +Dean R. Prober,    Prober & Raphael, A Law Corporation,    20750 Ventura Boulevard, Suite 100,
                 Woodland Hills, CA 91364-6207
cr             +Wells Fargo Bank,    Robertson, Anschutz & Schneid, P.L,.,    6409 Congress Ave, Suite 100,
                 Boca Raton, FL 33487-2853
514499477      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514386268     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
514386269      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
514386275     ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
514386274      +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
514386276      +Citibank Usa,    Po Box 6497,   Sioux Falls, SD 57117-6497
514386277      +Ladd Duhaney,    27 Baldwin Avenue,   Newark, NJ 07108-1506
514420702      +New City Funding Corp.,    146 South Liberty Drive, Unit 11B,    P.O. Box 121,
                 Stony Point, NY 10980-0121
514386280      +New City Funding Corp.,    146 South Liberty Drive, Unit 11B,    Stony Point, NY 10980-2454
514386287      +Specialized Loan Servi,    8742 Lucent Blvd.#300,    Highlands Ranch, CO 80129-2386
514386285      +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
514386292     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
516269600      +Wells Fargo Bank, N.A. as Trustee for Banc,    Nationstar Mortgage,    PO Box 619096,
                 Dallas, TX 75261-9096
516269601      +Wells Fargo Bank, N.A. as Trustee for Banc,    Nationstar Mortgage,    PO Box 619096,
                 Dallas, TX 75261-9741,    Wells Fargo Bank, N.A. as Trustee for Ba,
                 Nationstar Mortgage 75261-9096
516684150      +Wells Fargo Bank, National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2018 22:52:05      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2018 22:52:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514386264       E-mail/Text: bnc@trustamerifirst.com Jul 26 2018 22:51:55
                 AmeriFirst Home Improvement Finance,    11171 Mill Valley Rd.,    Omaha, NE 68154
514386266       E-mail/Text: bnc@trustamerifirst.com Jul 26 2018 22:51:55
                 AmeriFirst Home Improvement Finance,    4405 S 96th Street,    Omaha, NE 68127
514479724       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2018 22:57:36
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
514414164       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2018 22:57:36
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
514386272      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 22:57:26     Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
514386273      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 22:56:58     Capital 1 Bank,
                 Pob 30281,    Salt Lake City, UT 84130-0281
514386278      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 26 2018 22:52:03      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514684110       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2018 22:57:32
                 Portfolio Recovery Associates, LLC,    c/o Capital One,   POB 41067,    Norfolk VA 23541
514684165       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2018 22:57:31
                 Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,    POB 41067,
                 Norfolk VA 23541
514455824      +E-mail/Text: bankruptcy@senexco.com Jul 26 2018 22:51:02      SENEX SERVICES CORP,
                 3333 FOUNDERS RD,    2ND FLOOR,   INDIANAPOLIS, IN 46268
514386283      +E-mail/Text: bankruptcy@senexco.com Jul 26 2018 22:51:02      Senex Services Corp,
                 333 Founds Rd,    Indianapolis, IN 46268
514386289      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 26 2018 22:51:01
                 Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 14
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 26, 2018
                              Form ID: 185             Total Noticed: 32
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514386267*    ++AMERIFIRST HOME IMPROVEMENT FINANCE,   11171 MILL VALLEY ROAD,   OMAHA NE 68154-3933
                (address filed with court:  AmeriFirst Home Improvement Finance,   4405 S 96th Street,
                Omaha, NE 68127)
514386265*    ++AMERIFIRST HOME IMPROVEMENT FINANCE,   11171 MILL VALLEY ROAD,   OMAHA NE 68154-3933
                (address filed with court:  AmeriFirst Home Improvement Finance,   11171 Mill Valley Rd.,
                Omaha, NE 68154)
514386270*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,   Po Box 982235,   El Paso, TX 79998)
514386271*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank of America,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
514386279*     +Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
514386284*    ++SENEX SERVICES CORP,   3333 FOUNDERS ROAD,   2ND FLOOR,   INDIANAPOLIS IN 46268-4932
                (address filed with court:  Senex Services Corp,   333 Founds Rd,   Indianapolis, IN 46268)
514386288*     +Specialized Loan Servi,   8742 Lucent Blvd.#300,   Highlands Ranch, CO 80129-2386
514386286*     +Specialized Loan Servi,   Attn: Bankruptcy,   8742 Lucent Blvd. Suite 300,
                Highlands Ranch, CO 80129-2386
514386290*     +Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
514386291*     +Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
514386282     ##+Pentagroup Financial,   5959 Corporate Dr,   Houston, TX 77036-2311
514386281     ##+Pentagroup Financial,   5959 Corporate Dr.,   Suite 1400,   Houston, TX 77036-2311
                                                                                     TOTALS: 0, * 10, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
          Clifford B. Frish    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          David G. Beslow    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Wells Fargo Bank bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Goldman    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                             TOTAL: 6
```