**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**3** Valuation of Security         **0** Assumption of Executory Contract or Unexpired Lease         **0** Lien Avoidance

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## New Jersey

In Re: **Kathleen Covel Duhaney Pearce**

Case No.: **13-36007**

Judge:

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original         ☑ 2nd Modified/Notice Required         Date: **9/06/2018**
☐ Motions Included         ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **MG**         Initial Debtor: **KCD**         Initial Co-Debtor

1

## Part 1: Payment and Length of Plan

a. The debtor has paid in $**149,121 though June, 2018.** Starting July, 2018 debtor will pay **$2,900 for 5 months**.

b. The debtor shall make plan payments to the Trustee from the following sources:
- [✓] Future Earnings
- [ ] Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- [ ] Sale of real property
  Description:
  Proposed date for completion: _____

- [ ] Refinance of real property:
  Description:
  Proposed date for completion: _____

- [ ] Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. [ ] Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection      [X] NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Marie Ann Greenberg, Trustee** | administrative fees | unknown |
| **Goldman & Beslow, LLC** | attorney fees | $3,839.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
[✓] None
[ ] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **Amerifirst Home Improvement** | **27 Baldwin Avenue Newark, NJ 07108** | $14,579 | $115,000.00 | $318,698 | 0 | n/a | **pro-rata** |
| **Nationstar Mortgage, LLC** | **27 Baldwin Avenue Newark, NJ 07108** | $318,698 | 115,000.00 | n/a | 115,000.00 | 4.25 | **$127,860** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| New City Funding Corp. |

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims     ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐  Not less than $____ to be distributed *pro rata*

☐  Not less than ___ percent

☑  *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases     ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions     ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1.** *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

4

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **Amerifirst Home Improvement** | 3 Family House 27 Baldwin Avenue Newark, NJ 07108 | $14,579 | 115,000.00 | $318,698 | 0 | **entire lien** |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **Nationstar Mortgage, LLC** | 3 Family House 27 Baldwin Avenue Newark, NJ 07108 | $318,698 | 115,000.00 | 115,000.00 | $203,698 |
| | | | | | |

| **Part 8: Other Plan Provisions** |
|---|

a. **Vesting of Property of the Estate**
  ☑ Upon Confirmation
  ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
  1) Ch. 13 Standing Trustee Commissions
  2) **Other Administrative Claims**
  3) **Secured Claims**
  4) **Lease Arrearages**
  5) **Priority Claims**

5

6) **General Unsecured Claims**

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

| **Part 9: Modification** | ☒ NONE |
|---|---|

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:  **07/18/2018** .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **to make plan feasible and to list Nationstar as a reclassifid creditor** | **By Reducing Trustee payment and listing Nationstar** |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes    ☑ No

**Part 10 : Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

| Date  09/06/2018 | /s/Mark Goldman |
|---|---|
| | **Mark Goldman, Esq. 8019** |
| | Attorney for the Debtor |
| Date:  09/06/2018 | /s/Kathleen Pearce |
| | **Kathleen Covel Duhaney Pearce** |
| | Debtor |
| Date: | |
| | Joint Debtor |

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

| Date  9/06/2018 | /s/Mark Goldman |
|---|---|
| | **Mark Goldman, Esq. 8019** |
| | Attorney for the Debtor |

I certify under penalty of perjury that the above is true.

| Date:  09/06/2018 | /s/Kathleen Pearce |
|---|---|
| | **Kathleen Covel Duhaney Pearce** |
| | Debtor |
| Date: | |
| | Joint Debtor |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                                  Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-36007-RG
Kathleen Covel Duhaney Pearce                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Sep 10, 2018
                              Form ID: pdf901          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
```
db             +Kathleen Covel Duhaney Pearce,    27 Baldwin Avenue,    Newark, NJ 07108-1506
aty            +Dean R. Prober,    Prober & Raphael, A Law Corporation,    20750 Ventura Boulevard, Suite 100,
                 Woodland Hills, CA 91364-6207
cr             +Wells Fargo Bank,    Robertson, Anschutz & Schneid, P.L,.,    6409 Congress Ave, Suite 100,
                 Boca Raton, FL 33487-2853
514499477      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514386268     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
514386269      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
514386275     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
514386274      +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
514386276      +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
514386277      +Ladd Duhaney,    27 Baldwin Avenue,    Newark, NJ 07108-1506
514420702      +New City Funding Corp.,    146 South Liberty Drive, Unit 11B,    P.O. Box 121,
                 Stony Point, NY 10980-0121
514386280      +New City Funding Corp.,    146 South Liberty Drive, Unit 11B,    Stony Point, NY 10980-2454
514386282      +Pentagroup Financial,    5959 Corporate Dr,    Houston, TX 77036-2311
514386281      +Pentagroup Financial,    5959 Corporate Dr.,    Suite 1400,    Houston, TX 77036-2311
514386287      +Specialized Loan Servi,    8742 Lucent Blvd.#300,    Highlands Ranch, CO 80129-2386
514386285      +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
514386292     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
516269600      +Wells Fargo Bank, N.A. as Trustee for Banc,    Nationstar Mortgage,    PO Box 619096,
                 Dallas, TX 75261-9096
516269601      +Wells Fargo Bank, N.A. as Trustee for Banc,    Nationstar Mortgage,    PO Box 619096,
                 Dallas, TX 75261-9741,    Wells Fargo Bank, N.A. as Trustee for Ba,
                 Nationstar Mortgage 75261-9096
516684150      +Wells Fargo Bank, National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2018 23:35:53     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2018 23:35:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514386264       E-mail/Text: bnc@trustamerifirst.com Sep 10 2018 23:35:45
                 AmeriFirst Home Improvement Finance,    11171 Mill Valley Rd.,    Omaha, NE 68154
514386266       E-mail/Text: bnc@trustamerifirst.com Sep 10 2018 23:35:45
                 AmeriFirst Home Improvement Finance,    4405 S 96th Street,    Omaha, NE 68127
514479724       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2018 23:39:10
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
514414164       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2018 23:39:11
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
514386272      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2018 23:39:02      Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
514386273      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2018 23:39:01      Capital 1 Bank,
                 Pob 30281,    Salt Lake City, UT 84130-0281
514386278      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 10 2018 23:35:49      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514684110       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2018 23:39:43
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
514684165       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2018 23:39:06
                 Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,    POB 41067,
                 Norfolk VA 23541
514455824      +E-mail/Text: bankruptcy@senexco.com Sep 10 2018 23:35:02      SENEX SERVICES CORP,
                 3333 FOUNDERS RD,    2ND FLOOR,    INDIANAPOLIS, IN 46268
514386283      +E-mail/Text: bankruptcy@senexco.com Sep 10 2018 23:35:02      Senex Services Corp,
                 333 Founds Rd,    Indianapolis, IN 46268
514386289      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 10 2018 23:34:57
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 14
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Sep 10, 2018
                                  Form ID: pdf901          Total Noticed: 34


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514386267*      ++AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY ROAD,    OMAHA NE 68154-3933
                 (address filed with court:   AmeriFirst Home Improvement Finance,    4405 S 96th Street,
                   Omaha, NE 68127)
514386265*      ++AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY ROAD,    OMAHA NE 68154-3933
                 (address filed with court:   AmeriFirst Home Improvement Finance,    11171 Mill Valley Rd.,
                   Omaha, NE 68154)
514386270*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
514386271*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
514386279*       +Midland Funding,   8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514386284*      ++SENEX SERVICES CORP,    3333 FOUNDERS ROAD,    2ND FLOOR,    INDIANAPOLIS IN 46268-4932
                 (address filed with court:   Senex Services Corp,    333 Founds Rd,    Indianapolis, IN 46268)
514386288*       +Specialized Loan Servi,    8742 Lucent Blvd.#300,    Highlands Ranch, CO 80129-2386
514386286*       +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                   Highlands Ranch, CO 80129-2386
514386290*       +Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
514386291*       +Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
              Clifford B. Frish    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              David G. Beslow    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Wells Fargo Bank bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                             TOTAL: 6
```