**GOLDMAN & BESLOW, LLC.**
7 Glenwood Ave, Suite 311B
East Orange, New Jersey    07017
Tel. 973-677-9000
Fax. 973-675-5886

Order Filed on May 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Mark Goldman, Esq. #MG-8019
Attorneys for Debtor, Kathleen Covel Duhaney Pearce

| | |
|---|---|
| In Re:<br><br>**KATHLEEN COVEL DUHANEY PEARCE,**<br><br>Debtor. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Case No. 13-36007/RG<br><br>Chapter    13<br><br>Hearing Date: ~~April 17, 2019~~ May 15, 2019 |

### ORDER TO REOPEN CASE TO OBTAIN DISCHARGE

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

DATED: May 22, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtor:     **Kathleen Covel Duhaney Pearce**
Case No:    **13-36007/RG**
Caption:    **Order to Reopen Case to Obtain a Discharge**

**THIS MATTER** being opened to the Court by Mark Goldman, Esq., attorney for the debtor, Kathleen Covel Duhaney Pearce, and this Court having considered the moving papers and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED,** that the debtor's Chapter 13 Bankruptcy Case is hereby reopened for the limited purpose of allowing the debtor to file the Certification of Debtor Education and Certification of Completion of Instructional Course Concerning Personal Financial Management with the Court; and it is further,

**ORDERED,** that upon the filing of the debtor's Certification of Debtor Education and Certification of Completion of Instructional Course Concerning Personal Financial Management that the case reviewed for entry of a discharge pursuant to 11 U.S.C. §1328.