**GOLDMAN & BESLOW, LLC.**
7 Glenwood Ave, Suite 311B
East Orange, New Jersey    07017
Tel. 973-677-9000
Fax. 973-675-5886

Mark Goldman, Esq. #MG-8019
Attorneys for Debtor, Kathleen Covel Duhaney Pearce

Order Filed on May 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| **KATHLEEN COVEL DUHANEY PEARCE,** | Case No. 13-36007/RG |
| Debtor. | Chapter 13 |
| | Hearing Date: ~~April 17, 2019~~ May 15, 2019 |

### ORDER TO REOPEN CASE TO OBTAIN DISCHARGE

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED:** May 22, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtor:   **Kathleen Covel Duhaney Pearce**
Case No:  **13-36007/RG**
Caption:  **Order to Reopen Case to Obtain a Discharge**

**THIS MATTER** being opened to the Court by Mark Goldman, Esq., attorney for the debtor, Kathleen Covel Duhaney Pearce, and this Court having considered the moving papers and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED,** that the debtor's Chapter 13 Bankruptcy Case is hereby reopened for the limited purpose of allowing the debtor to file the Certification of Debtor Education and Certification of Completion of Instructional Course Concerning Personal Financial Management with the Court; and it is further,

**ORDERED,** that upon the filing of the debtor's Certification of Debtor Education and Certification of Completion of Instructional Course Concerning Personal Financial Management that the case reviewed for entry of a discharge ~~the discharge will be issued~~ pursuant to 11 U.S.C. §1328.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-36007-RG
Kathleen Covel Duhaney Pearce                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: May 24, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2019.
db             +Kathleen Covel Duhaney Pearce,    27 Baldwin Avenue,    Newark, NJ 07108-1506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
          Clifford B. Frish    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          David G. Beslow    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Wells Fargo Bank bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Goldman    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Melissa N. Licker    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
           for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series
           2006-8 NJ_ECF_Notices@McCalla.com
                                                                                             TOTAL: 7