Melissa N. Licker, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S. Suite #300
Iselin, NJ 08830
Phone: 732-902-5399
Fax: 732-902-5398
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

Order Filed on May 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Kathleen Covel Duhaney Pearce aka Kathleen C. Pearce, | Case No. 13-36007-RG |
| | Judge: Hon. Rosemary Gambardella |
| Debtor. | |

### CONSENT ORDER RESOLVING POST-PETITION ESCROW ARREARS

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: May 30, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page:             2
Debtor:           Kathleen Covel Duhaney Pearce aka Kathleen C. Pearce
Case No.:         13-36007-RG
Caption of Order: CONSENT ORDER RESOLVING POST-PETITION ESCROW
                  ARREARS

WHEREAS, Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8 ("Secured Creditor") has made post-petition escrow and insurance advances on the Debtor's behalf relating to the property commonly known as 27 Baldwin Avenue, Newark, NJ 07108 (the "Property") and mortgage recorded in the Essex County Register on September 19, 2006 at Book 11519, at Page 249 (the "Mortgage"), and

WHEREAS, Debtor's confirmed Chapter 13 plan modifies Secured Creditor's lien by decreasing it to $115,000.00 to be paid at 4.25% interest for a total of $127,680.00 over sixty (60) months and separate monthly allocations for taxes and insurance were budgeted in Debtor's petition and these advances are recoverable under the terms of the Mortgage, and

WHEREAS, Secured Creditor has advanced $22,387.60 for taxes and insurance on the Property post-petition through the hazard insurance payment advanced on April 2, 2019 on Debtor's behalf and has not been reimbursed, and

WHEREAS, Secured Creditor continues to keep Debtor's account escrowed for insurance, and

WHEREAS the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause it is hereby

**ORDERED AS FOLLOWS:**

1. Debtor shall repay Secured Creditor the $22,387.60 amount advanced at an interest rate of 4.25% over sixty months. Each payment shall be in the amount of $417.37 commencing with the payment due May 1, 2019 through April 1, 2024.

2. The Debtor shall provide satisfactory proof of insurance to Secured Creditor for this account to be de-escrowed and Debtor shall maintain any applicable property insurance and

Page:             3
Debtor:           Kathleen Covel Duhaney Pearce aka Kathleen C. Pearce
Case No.:         13-36007-RG
Caption of Order: CONSENT ORDER RESOLVING POST-PETITION ESCROW ARREARS

timely pay all post-Petition taxes that become due in association with the Property. The Debtor shall provide proof of such within thirty (30) days of any reasonable request of the Secured Creditor while amounts continue to be due and owing to Secured Creditor, even if this bankruptcy case has closed.

3. Except as otherwise expressly provided herein, all remaining non-conflicting terms of the Note and Mortgage not modified herein shall govern the treatment of Secured Creditor's Secured Claim.

4. The acceptance by Secured Creditor of a late or partial payment shall not act as a waiver of Secured Creditor's right to proceed hereunder.

5. Secured Creditor shall not be required to release its lien on the Property statements until entry all amounts due under this Consent Order have been paid to Secured Creditor, its successors and/or assigns.

6. Debtor shall not be entitled to a discharge of lien prior to the amounts under this Consent Order have been paid in full and any recordation of Debtor's Chapter 13 discharge order against the Property with the Essex County Register to serve as a satisfaction of the Mortgage.

Consent to Form and Entry

**McCalla Raymer Leibert Pierce, LLC**
Attorneys for the Movant
By: _____
Melissa N. Licker

**Goldman & Beslow, LLC**
Attorney for the Debtor
By: _____
Mark Goldman

_____
Kathleen Pearce

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 13-36007-RG
Kathleen Covel Duhaney Pearce                                                                   Chapter 13
                Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 30, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
db             +Kathleen Covel Duhaney Pearce,    27 Baldwin Avenue,    Newark, NJ 07108-1506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:
              Clifford B. Frish    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Wells Fargo Bank bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Melissa N. Licker    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series
               2006-8 NJ_ECF_Notices@McCalla.com
                                                                                             TOTAL: 7