**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kathleen Covel Duhaney Pearce | Social Security number or ITIN  xxx–xx–8209 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–36007–RG | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Kathleen Covel Duhaney Pearce
    aka Kathleen C. Pearce

<u>10/7/19</u>                                                                      **By the court:** <u>Rosemary Gambardella</u>
                                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-36007-RG
Kathleen Covel Duhaney Pearce                                                   Chapter 13
                Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 2           Date Rcvd: Oct 07, 2019
                        Form ID: 3180W           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.
```
db            +Kathleen Covel Duhaney Pearce,   27 Baldwin Avenue,   Newark, NJ 07108-3372
aty           +Dean R. Prober,   Prober & Raphael, A Law Corporation,   20750 Ventura Boulevard, Suite 100,
                 Woodland Hills, CA 91364-6207
cr            +Wells Fargo Bank,   Robertson, Anschutz & Schneid, P.L.,.,   6409 Congress Ave, Suite 100,
                 Boca Raton, FL 33487-2853
514499477     +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514386277     +Ladd Duhaney,   27 Baldwin Avenue,   Newark, NJ 07108-3372
514386280     +New City Funding Corp.,   146 South Liberty Drive, Unit 11B,   Stony Point, NY 10980-2454
514420702     +New City Funding Corp.,   146 South Liberty Drive, Unit 11B,   P.O. Box 121,
                 Stony Point, NY 10980-0121
514386282     +Pentagroup Financial,   5959 Corporate Dr,   Houston, TX 77036-2302
514386281     +Pentagroup Financial,   5959 Corporate Dr.,   Suite 1400,   Houston, TX 77036-2311
514386287     +Specialized Loan Servi,   8742 Lucent Blvd.#300,   Highlands Ranch, CO 80129-2386
514386285     +Specialized Loan Servi,   Attn: Bankruptcy,   8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
516269600     +Wells Fargo Bank, N.A. as Trustee for Banc,   Nationstar Mortgage,   PO Box 619096,
                 Dallas, TX 75261-9096
516269601     +Wells Fargo Bank, N.A. as Trustee for Banc,   Nationstar Mortgage,   PO Box 619096,
                 Dallas, TX 75261-9741,   Wells Fargo Bank, N.A. as Trustee for Ba,
                 Nationstar Mortgage 75261-9096
516684150     +Wells Fargo Bank, National Association,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 08 2019 00:14:52     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 08 2019 00:14:51      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514386264      E-mail/Text: bnc@trustamerifirst.com Oct 08 2019 00:14:42
                 AmeriFirst Home Improvement Finance,   11171 Mill Valley Rd.,   Omaha, NE 68154
514386266      E-mail/Text: bnc@trustamerifirst.com Oct 08 2019 00:14:42
                 AmeriFirst Home Improvement Finance,   4405 S 96th Street,   Omaha, NE 68127
514479724      EDI: AIS.COM Oct 08 2019 03:28:00      American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK   73124-8838
514414164      EDI: AIS.COM Oct 08 2019 03:28:00      American InfoSource LP as agent for,
                 Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK   73126-8941
514386268      EDI: BANKAMER.COM Oct 08 2019 03:28:00      Bank Of America,   Attention: Recovery Department,
                 4161 Peidmont Pkwy.,   Greensboro, NC 27410
514386270      EDI: BANKAMER.COM Oct 08 2019 03:28:00      Bank Of America,   Po Box 982235,
                 El Paso, TX 79998
514386271      EDI: BANKAMER.COM Oct 08 2019 03:28:00      Bank of America,   4161 Piedmont Pkwy,
                 Greensboro, NC 27410
514386269     +EDI: BANKAMER.COM Oct 08 2019 03:28:00      Bank of America,
                 Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,   Simi Valley, CA 93062-5170
514386275      EDI: CITICORP.COM Oct 08 2019 03:28:00      Citibank Usa,
                 Citicorp Credit Services/Attn:Centralize,   Po Box 20507,   Kansas City, MO 64195
514386272     +EDI: CAPITALONE.COM Oct 08 2019 03:28:00      Capital 1 Bank,   Attn: Bankruptcy Dept.,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
514386273     +EDI: CAPITALONE.COM Oct 08 2019 03:28:00      Capital 1 Bank,   Pob 30281,
                 Salt Lake City, UT 84130-0281
514386274     +EDI: CHASE.COM Oct 08 2019 03:28:00      Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
514386276     +EDI: CITICORP.COM Oct 08 2019 03:28:00      Citibank Usa,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
514386278     +EDI: MID8.COM Oct 08 2019 03:28:00      Midland Funding,   8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
514684110      EDI: PRA.COM Oct 08 2019 03:28:00      Portfolio Recovery Associates, LLC,   c/o Capital One,
                 POB 41067,   Norfolk VA 23541
514684165      EDI: PRA.COM Oct 08 2019 03:28:00      Portfolio Recovery Associates, LLC,
                 c/o Chase Bank Usa, N.a.,   POB 41067,   Norfolk VA 23541
514455824     +E-mail/Text: bankruptcy@senexco.com Oct 08 2019 00:13:37     SENEX SERVICES CORP,
                 3333 FOUNDERS RD,   2ND FLOOR,   INDIANAPOLIS, IN 46268-4932
514386283      E-mail/Text: bankruptcy@senexco.com Oct 08 2019 00:13:37     Senex Services Corp,
                 333 Founds Rd,   Indianapolis, IN 46268
514386289     +EDI: VERIZONCOMB.COM Oct 08 2019 03:28:00      Verizon,   500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
514386292      EDI: WFFC.COM Oct 08 2019 03:28:00      Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                 Frederick, MD 21701
                                                                                               TOTAL: 22
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 07, 2019
                              Form ID: 3180W           Total Noticed: 36

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514386267*     ++AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY ROAD,    OMAHA NE 68154-3933
                 (address filed with court:  AmeriFirst Home Improvement Finance,    4405 S 96th Street,
                 Omaha, NE 68127)
514386265*     ++AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY ROAD,    OMAHA NE 68154-3933
                 (address filed with court:  AmeriFirst Home Improvement Finance,    11171 Mill Valley Rd.,
                 Omaha, NE 68154)
514386279*      +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514386284*       Senex Services Corp,    333 Founds Rd,    Indianapolis, IN 46268
514386288*      +Specialized Loan Servi,    8742 Lucent Blvd.#300,    Highlands Ranch, CO 80129-2386
514386286*      +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
514386290*      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
514386291*      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                         TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:
```
              Clifford B. Frish    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              David G. Beslow    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Wells Fargo Bank bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Kathleen Covel Duhaney Pearce yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Melissa N. Licker    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series
               2006-8 NJ_ECF_Notices@McCalla.com
              Sindi Mncina    on behalf of Creditor    Wells Fargo Bank smncina@rascrane.com
                                                                                               TOTAL: 8
```